UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNTIED STATES OF AMERICA,

    -against-                                                    95-CR-232

JESSE M. CARTER,

                                **Defendant.**

---

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## ORDER

Pursuant to the Mandate of the United States Court of Appeals for the Second Circuit in <u>United States v. Carter</u>, 04-2487-cr [dkt. # 1987 ], it is hereby

**ORDERED** that the defendant, Jesse M. Carter, shall, within forty-five (45) days of the date of this Order, file with the Court and serve upon the Government, a memorandum of law, not to exceed twenty-five pages (doubled spaced, 12 point font), setting forth his argument why this Court should consider his Notice of Appeal as a motion for an extension of time to file a notice of appeal. And, it is further

**ORDERED** that the Government shall have twenty-one (21) days to file an memorandum of law in opposition. The Government's twenty-one (21) day period shall run from the earliest of: (a) Defendant's submission of a response to this Order, or, (b) the expiration of Defendant's forty-five (45) day period to do so. And it is further

**ORDERED** that upon receipt of Defendant's papers or the expiration of Defendant's forty-

five (45) day period to submit papers, whichever shall occur earliest, the Clerk of the Court shall set this matter down on a regularly scheduled motion calendar. The motion shall be decided without oral argument.

**IT IS SO ORDERED**

DATED: January 27, 2006

Thomas J. McAvoy
Senior, U.S. District Judge

2